160 A.3d 764

CITY OF ARNOLD, Pennsylvania, Respondent

v.

WAGE POLICY COMMITTEE OF the CITY OF ARNOLD POLICE DEPARTMENT, o/b/o Pamela Cimino, Petitioners

No. 238 WAL 2016

Supreme Court of Pennsylvania.

October 26, 2016

## ORDER

PER CURIAM

**AND NOW,** this 26th day of October, 2016, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

> Is a dispute between a union and a municipality arising out of a surviving spouse's pension benefit arbitrable under the Collective Bargaining by Policemen or Firemen Act, 43 P.S. §§ 217.1–217.10, where the benefit was afforded to the surviving spouse of a police officer or firefighter statutorily, and incorporated into the parties collective bargaining agreement?